## JOHN BUSH v. STATE.
No. A-1256.    Opinion Filed November 25, 1911.
Appeal from Oklahoma County Court; John W. Hayson, Judge.

John Bush was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

A. D. Brown, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted at the January, 1911, term of the county court of Oklahoma county on a charge of selling intoxicating liquor, and was on the 15th day of April, 1911, sentenced to pay a fine of fifty dollars and be imprisoned in the county jail for a period of thirty days. The appeal was filed in this court on the 14th day of July, 1911. Following the rule laid down in the case of Stumpf v. State, 6 Okla. Cr. 159, 117 Pac. 648, the appeal is hereby dismissed.

## ANGELO POZZINI v. STATE.
No. A-671.    Opinion Filed November 25, 1911.
Appeal from Coal County Court; R. H. Wells, Judge.

Angelo Pozzini was convicted of violating the prohibitory law, and appeals. Reversed.

C. M. Threadgill, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Angelo Pozzini, was convicted in the county court of Coal county at the January, 1910, term, on a charge of violating the prohibitory law, and his punishment fixed at imprisonment in the county jail for a period of thirty days and a fine of one hundred dollars. It appears from the record that at the conclusion of the trial there was a fatal variance between the allegation in the information and the proof adduced. The county attorney thereupon asked leave to amend the information to conform to the facts proved, which leave was granted by the court. This was error. If an information is to be amended it should be done before the case goes to trial. It cannot be amended in matter of substance after the empaneling of a jury, and can be amended in matters of form only when such can be done without prejudice to the rights of the accused. Let the judgment be reversed and the cause remanded for a new trial.